UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TARA HAGINS, | : | CIVIL ACTION NO. 3:21-cv-1119 (SALM) |
| *Plaintiff*, | : | |
| v. | : | |
| QUEST DIAGNOSTICS LLC, | : | OCTOBER 29, 2021 |
| *Defendant*. | : | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Tara Hagins, and Defendant, Quest Diagnostics LLC, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

| DEFENDANT | PLAINTIFF |
|---|---|
| QUEST DIAGNOSTICS LLC | TARA HAGINS |
| | |
| By: /s/ James M. Leva | By: /s/ Michael J. Reilly |
| Daniel L. Schwartz (ct098627) | Michael J. Reilly (ct28651) |
| Day Pitney LLP | Cicchiello & Cicchiello, LLP |
| 263 Tresser Boulevard, 7th Floor | 364 Franklin Avenue |
| Stamford, Connecticut 06901 | Hartford, Connecticut 06114 |
| Tel: (860) 275-0100 | Tel: 860-296-3457 |
| Fax: (860) 275-0343 | mreilly@cicchielloesq.com |
| dlschwartz@daypitney.com | |

James M. Leva (ct28928)
Day Pitney LLP
One Jefferson Road
Parsippany, NJ 07054
(973) 966-8416 (phone)
(973) 273-4595 (fax)
jleva@daypitney.com

## CERTIFICATION

    I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                            By:  /s/ Michael J. Reilly
                                                            Michael J. Reilly (ct28651)